■ 525 PARK AVE. ASSOC. v DE HOYAS.—Motion (1) denied wherein it seeks reargument, and (2) granted where it seeks leave to appeal to the Court of Appeals, as indicated. Concur—Murphy, P. J., Kupferman, Ross, Kassal and Rosenberger, JJ.

■ WILLNER v CUTLER. CUTLER v KAYE. KAYE v SASSON JEANS.—Motion denied wherein it seeks reargument, and granted wherein it seeks leave to appeal to the Court of Appeals, as indicated. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Fein, JJ.

(September 23, 1986)

■ ODDJBORG J. McCONNICO, Respondent, v NATIONAL CAR RENTAL SYSTEM, INC., Appellant, et al., Defendants.—Order, Supreme Court, New York County (Richard W. Wallach, J.), entered on October 9, 1985, unanimously affirmed, without costs and without disbursements. The motion by defendant Anthony Alex Terronez for leave to file an affirmation in support of defendant-appellant's appeal is denied. Concur—Murphy, P. J., Kupferman, Ross, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND GRAY, Appellant.—Judgment, Supreme Court, New York County (Peggy Bernheim, J.), rendered on April 25, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Ross, Kassal and Wallach, JJ.